■ SYDNEY M. SIEGEL & Co., INC., Respondent, v. JEROME LIEBERTHAL, Appellant.— In an action by an employer to recover damages for breach of a contract of employment, and for other relief, the appeal is from an order denying a motion to dismiss the first and third causes of action on the ground that they

do not state facts sufficient to constitute causes of action. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ., concur.